UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S<small>TEVEN</small> W<small>ILLIAMS</small>,               )
           Plaintiff,    )    No. 1:18-cv-398
                         )    Honorable Paul L. Maloney
-v-                                      )
                         )
S<small>PARTAN</small>N<small>ASH</small> C<small>OMPANY</small>,       )
           Defendant.    )
                         )

## **JUDGMENT**

In accordance with the order entered on this date (ECF No. 33), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: October 18, 2019           /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge